EDMUND WRIGHT-GINSBURG COMPANY, INCORPORATED,. respondent,

*v.*

CARLISLE RIBBON MILLS et al., appellants.

[Submitted February term, 1931. Decided April 24th, 1931.]

*Messrs. Bilder & Bilder,* for the respondent.

*Messrs. Collins & Corbin,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis, and reported in *105 N. J. Eq. 411.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, CAMPBELL, LLOYD, CASE, BODINE, DALY, DONGES, DEAR, WELLS,. JJ. 10.

*For reversal*—PARKER, VAN BUSKIRK, KAYS, JJ. 3..